No. 02–10976.  MILANO v. NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Mecklenburg County, N. C.  Certiorari denied.

No. 02–10978.  ZILISCH v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–10980.  PUYA-PACHECO v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 2d Cir.  Certiorari denied.

No. 02–10981.  PRESCOD v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–10982.  BAILEY v. GONZALEZ, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–10983.  AYALA-CARRILLO v. UNITED STATES.  C. A. 5th Cir. · Certiorari denied.

No. 02–10984.  BENJAMIN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–10985.  WOOD v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–10987.  RAMIREZ v. MGM GRAND, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–10988.  SAVAGE v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 02–10989.  SHOUMAN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–10990.  WOOLSTENHULME v. LEMASTER, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–10991.  SANCHEZ v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 02–10992.  MEI v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–10993.  CONDE JIMENEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.